IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JERRY W. RITCHESON, Guardian of the
Estate of Katherine Claiborne Lilly,
a Minor                                                    PLAINTIFF

    V.               Civil No. 05-2170

KIMBERLY LILLY EVANS                                       DEFENDANT

<u>**O R D E R**</u>

NOW on this 14th day of July, 2006, comes on for consideration the parties **Joint Motion to Dismiss (Doc. 21).**

IT APPEARING to the court that the matter has been settled, the motion is **GRANTED**. It is **ORDERED** that the case be, and it is hereby, dismissed with prejudice, subject to the terms of the settlement agreement, with each party to bear their own costs.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the court within thirty (30) days from the file date of this order.

The court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

<u>/S/JIMM LARRY HENDREN</u>
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE